STATE OF NEW JERSEY v. GLENDORA E. BODINE.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. PAUL REESE.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES BAILEY.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS SCHNEIDER.

May 19, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ORESTES GARCIA.

May 19, 1987.

Petition for certification denied.